# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES – GENERAL

| Case No. | 8:22-cv-01720-CJC-DFM | Date | January 20, 2023 |
|---|---|---|---|
| Title | Atousa Ghoncheh v. Chip Laitinen et al | | |

**Present: The Honorable** CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Rolls Royce Paschal | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL

The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [13], hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

Initials of Deputy Clerk    rrp